## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re:

LAWRENCE VERNON TUCKER

Debtor(s)

Case No. 13-42343-R

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Carey D. Ebert, Chapter 13 Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/27/2013.

2) The plan was confirmed on 03/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/28/2016.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,061.46.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $29,484.35 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $29,484.35

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,183.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,091.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,274.58

Attorney fees paid and disclosed by debtor:    $316.50

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BENEFICIAL/HFC | Unsecured | 3,442.00 | NA | NA | 0.00 | 0.00 |
| CALIFORNIA CREDIT UNION | Unsecured | 5,833.42 | 5,533.42 | 5,533.42 | 0.00 | 0.00 |
| CHASE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PLANO APPRAISAL | Secured | 1,561.67 | NA | NA | 0.00 | 0.00 |
| COLLIN CO. JUNIOR COLLEGE APPR/ | Secured | 267.34 | NA | NA | 0.00 | 0.00 |
| COLLIN COUNTY APPRAISAL DISTRI | Secured | 767.09 | NA | NA | 0.00 | 0.00 |
| COLLIN COUNTY TAX ASSESSOR/CC | Secured | NA | 7,232.22 | 7,232.22 | 0.00 | 0.00 |
| ECMC | Unsecured | 132,484.00 | 106,545.00 | 106,545.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 1,123.00 | 2,308.06 | 2,308.06 | 1,540.16 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 359.20 | 359.20 | 0.00 | 0.00 |
| FREDRICK STEVENS | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| HOLINER PSYCHIATRIC GROUP | Unsecured | NA | 4,326.93 | 4,326.93 | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 3,668.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,311.64 | 3,311.64 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 31,402.34 | 32,539.92 | 32,539.92 | 22,669.61 | 0.00 |
| JOEL HOLINER, M.D. | Unsecured | 2,919.83 | 2,919.83 | 2,919.83 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | NA | 4,683.97 | 4,683.97 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | NA | 425.00 | 425.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 311,657.00 | 304,180.71 | 304,180.71 | 0.00 | 0.00 |
| PLANO ISD APPRAISAL | Secured | 4,263.76 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,338.47 | 3,419.25 | 3,419.25 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,792.11 | 3,792.11 | 3,792.11 | 0.00 | 0.00 |
| US BANK | Unsecured | NA | 67,617.58 | 67,617.58 | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 9,400.37 | 8,705.97 | 8,705.97 | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 8,550.00 | 8,021.72 | 8,021.72 | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 9,553.90 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | NA | 2,598.27 | 2,598.27 | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Secured | 40,387.00 | 28,415.09 | 28,415.09 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $304,180.71 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,108.97 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $28,415.09 | $0.00 | $0.00 |
| All Other Secured | $7,232.22 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$344,936.99** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $34,847.98 | $24,209.77 | $0.00 |
| **TOTAL PRIORITY:** | **$34,847.98** | **$24,209.77** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$217,150.92** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,274.58 |
| Disbursements to Creditors | $24,209.77 |
| **TOTAL DISBURSEMENTS :** | **$29,484.35** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/20/2016         By: /s/ Carey D. Ebert, Chapter 13 Trustee
                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below.

LAWRENCE VERNON TUCKER
609 MONTE VISTA
IRVINE, CA  92602

ALLMAND LAW FIRM, PLLC
860 AIRPORT FREEWAY, SUITE 401
HURST, TX  76054

Dated:  July 20, 2016              /s/ Carey D. Ebert, Chapter 13 Trustee
                                   Office of the Standing Chapter 13 Trustee

**UST Form 101-13-FR-S (9/1/2009)**